```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO11-60440-CIV-DIMITROULEAS
                              MAGISTRATE JUDGE P.A. WHITE
```

WILFREDO LOPEZ,                     :

    Petitioner,                 :

v.                                  :
                                                                                                                                REPORT OF
STATE OF FLORIDA,                   :        MAGISTRATE JUDGE

    Respondent.                 :
_____

The plaintiff, Wilfredo Lopez, filed a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241. (DE# 1). The plaintiff has paid the Clerk's $5.00 filing fee.

### Statement of the Claims

The petitioner claims that he was arrested in September 18, 2009, for aggravated assault in state court case No. 09-01746. The petitioner alleges he has been confined since that date and never waived his right to a speedy trial or knowingly asked for a continuance. He seeks release from incarceration.

### The Younger Abstention Doctrine

Principles of equity, comity and federalism in certain circumstances counsel abstention in deference to ongoing state proceedings. See *Younger v. Harris*, 401 U.S. 37 (1971). "Younger abstention is required when (1) the proceedings constitute an ongoing state judicial proceeding, (2) the proceedings implicate important state interests, and (3) there is an adequate opportunity in the state proceedings to raise constitutional challenges."

<u>Christman v. Crist</u>, 315 Fed. Appx. 231, 232 (11 Cir. 2009) (citing <u>31 Foster Children v. Bush</u>, 329 F.3d 1255, 1274 (11 Cir. 2003)).

In this case, the petitioner should be represented by counsel. The Court does not interfere with ongoing state court proceedings. The petitioner's vehicle for relief is to discuss the issue with his counsel, and request that counsel file a motion for a speedy trial.

It is therefore recommended that this petition be dismissed without prejudice.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 21st day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE


cc: Wilfredo Lopez, <u>Pro Se</u>
    #580901062
    PO Box 407016
    Address of record